**FILED**

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0509

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 22-0509

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

ROBERT WINKOWITSCH

                Appellee,

   -vs-

GLACIER ELECTRIC
COOPERATIVE, INC.,

                Appellant.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING UNOPPOSED SECOND MOTION OF APPELLANT GLACIER ELECTRIC COOPERATIVE, INC. FOR AN EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

Appellant Glacier Electric Cooperative, Inc. having moved in accordance with Rule 26(2), M.R.App.P., for an extension of time of sixteen (16) days, up to and including May 12, 2023, within which to file and serve its opening brief, the motion being supported by the Declaration of Maxon R. Davis and the motion being unopposed,

IT IS HEREBY ORDERED that the motion is granted; Appellant's opening brief in this matter is now due on May 12, 2023.

Dated this __ day of April, 2023.

_____
Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2023